11-2373

```
===============================================
             CIVIC CENTER STATION
               HOUSTON, Texas
                  770022717
                4841490020-0098
     07/07/2011 (800)275-8777 03:37:13 PM
===============================================
————————————— Sales Receipt —————————————
Product           Sale Unit         Final
Description       Qty  Price        Price
———————————————————————————————————————————————
Honduras - Priority                $13.95
Mail Flat Rate Env
1 lb. 5.30 oz.
Customs Form #: LJ046519049US
    Issue PVI:                     $13.95
                                  =======
Honduras - Priority                $13.95
Mail Flat Rate Env
1 lb. 5.10 oz.
Customs Form #: LJ046518635US
    Issue PVI:                     $13.95
                                  =======
Total:                             $27.90
                                  =======
Paid by:
Debit Card
  Account #:      XXXXXXXXXXXX2232
  Approval #:     C8D356
  Transaction #:  998
  2390314069
  Receipt#:       004385

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
```